UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **RICHARD HYDER,** | ) | NO. CV 08-8399-GW(CT) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING MAGISTRATE |
| | ) | JUDGE'S REPORT AND |
| v. | ) | RECOMMENDATION |
| | ) | |
| **BRIAN HAWS, Warden,** | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation, respondent's answer, petitioner's reply, which was styled as a traverse, and his objection to the report and recommendation. This court concurs with the magistrate judge's report and recommendation.

Accordingly, IT IS ORDERED THAT:

1. The report and recommendation is accepted.
2. Judgment shall be entered consistent with this order.
3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: July 29, 2009

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE