**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **RICHARD HYDER,** | ) | NO. CV 08-8399-GW(CT) |
| | ) | |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| **BRIAN HAWS, Warden,** | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: July 29, 2009

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE